1

Thomas BROWN v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 16, 1924.) No. 4180. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Walsh & Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to order of court.

---

2

D. J. BURKE, Appellant, v. MONUMENTAL DIVISION NO. 52, BROTHERHOOD OF LOCOMOTIVE ENGINEERS, an Unincorporated Association, and J. W. Melvin and Others, Members of the Said Association, et al., Appellees. (Circuit Court of Appeals, Fourth Circuit. May 28 and August 13, 1924.) No. 2177. Appeal from the District Court of the United States for the District of Maryland, at Baltimore.

PER CURIAM. Decree of District Court affirmed, with costs. 298 Fed. 1019. Order allowing appeal to Supreme Court filed.

---

3

CAROLINA, CLINCHFIELD & OHIO RAILWAY v. J. E. BRADING, Administrator of C. B. Voncannon, Deceased. (Circuit Court of Appeals, Sixth Circuit. March 5, 1924.) No. 4081. In Error to the District Court of the United States for the Eastern District of Tennessee; Hicks, Judge. Susong, Susong & Parvin, of Greeneville, Tenn., and Cox & Taylor and James J. McLaughlin, all of Johnson City, Tenn., for plaintiff in error. Sells, Simmonds & Bowman, of Johnson City, Tenn., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

4

CAROLINA, CLINCHFIELD & OHIO RAILWAY v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. July 30, 1924.) No. 3662. In Error to the District Court of the United States for the Eastern District of Tennessee; Sanford, Judge. James J. McLaughlin and Cox & Taylor, all of Johnson City, Tenn., for plaintiff in error. George C. Taylor, U. S. Atty., of Knoxville, Tenn., and Stacy H. Myers, Sp. Asst. U. S. Atty., of Washington, D. C.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

---

5

Joe DAHLSTROM v. UNITED STATES of America. (Circuit Court of Appeals, Sixth Circuit. May 16, 1924.) No. 4182. In Error to the District Court of the United States for the Western District of Tennessee; Ross, Judge. Walsh & Bell, of Memphis, Tenn., for plaintiff in error. S. E. Murray, U. S. Atty., of Memphis, Tenn.

PER CURIAM. Dismissed pursuant to order of court.

---

6

Charles M. DEAN, Collector of Internal Revenue, v. PROCTER & GAMBLE COMPANY. (Circuit Court of Appeals, Sixth Circuit. June 11, 1924.) No. 4049. In Error to the District Court of the United States for the Southern District of Ohio; Hickenlooper, Judge. For opinion below, see 292 Fed. 620. Benson W. Hough, U. S. Atty., of Columbus, Ohio, for plaintiff in error. Dinsmore, Shohl & Sawyer, of Cincinnati, Ohio, for defendant in error.

PER CURIAM. Dismissed pursuant to motion of counsel.